UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
SEPT 5, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

SHANDONG WANBAO GROUP CO. LTD.,

    Plaintiff,

v.

RERUBBER LLC, et al,

    Defendants.

5:16-cv-00765-VAP-DTBx

**JUDGMENT**

Pursuant to the Minute Order Granting Plaintiff's Motion for Enforcement of Settlement Agreement and Entry of Stipulated Judgment, IT IS ORDERED AND ADJUDGED that Defendants ReRubber, LLC and Enertech, LLC pay Plaintiff $5,000,000.00, along with post-judgment interest accrued in the manner specified in 28 USC section 1961. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

Dated: 9/5/19

Virginia A. Phillips
Chief United States District Judge

1